UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Christopher Ziemba
aka
_____

(Enter above the full name of
plaintiff in this action)

v.

JUDGE
Russell D. Shurtleff
_____

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 3:23 - cv-423
(to be supplied by Clerk
of the District Court)

Judge S.E. Schwab

FILED
SCRANTON

MAR 10 2023

PER_____
DEPUTY CLERK

COMPLAINT

1. The plaintiff Christopher Ziemba a citizen of

the County of Luzerne State of

Pennsylvania, residing at 668 N. WAshington St WILKes-Barre PA 18705

wishes to file a complaint under BRADY VS MaryLand
(give Title No. etc.)
373 U.S. 83 (1963)

2. The defendant is JUDGE RUSSeLL D. Shurtleff

_____

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED)

Common Wealth VS Ziemba.com

Updated WeB site with history

7/8/22 Motion to Schedule A Hearing......

9/1/22 Denied without Legal reason

2 original C.D.S

4. WHEREFORE, plaintiff prays that ALL Changes Dismissed,

Criminal investigation into all parties

Involved, Award Christopher Ziemba

$3,000,000.00

Chris Ziemba CXZ

(Signature of Plaintiff)

Pro se